AO 442 (Rev. 12/85) Warrant for Arrest  AUSA THOMAS WATTS-FITZGERALD USCS S/A Stephen E. Cole (954) 356-7238x126

# United States District Court
SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

HUGH HAMILTON ROBINSON
a/k/a "Alex MaCaulay"

**WARRANT FOR ARREST**

CASE NUMBER: 00-4101-BSS

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ HUGH HAMILTON ROBINSON, a/k/a "Alexander MaCaulay

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly combine, conspire, confederate and agree with each other and others, known and unknown, to commit an offense against the United States, to wit: to impede, interfere and obstruct the lawful government functions of the United States Customs Service and the Environmental Protection Agency by importing contrary to law approximately ninety 30 pound canisters of CFC-12.

in violation of Title 18 United States Code, Section(s) 545, 2 & 42 USC 7671c

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

Signature of Issuing Officer

BSS
Bail fixed at $250,000 Corporate Surety Bond

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Title of Issuing Officer

May 9, 2000 Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, U.S. Magistrate Judge
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ HUGH HAMILTON ROBINSON _____

ALIAS: _____ a/k/a "Alexander MaCaulay" _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ MALE _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____ USCS, 299 E. Broward Boulevard, Fort Lauderdale, FL 33301
_____ S/A Stephen F. Cole (954) 356-7238x126 _____