# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )  CASE NUMBER: CR _00-4101-BSS_
                     Plaintiff )

_Hugh Hamilton Robinson_ )  REPORT COMMENCING CRIMINAL
AKA _Alexander Macaulay_ )              ACTION
                Defendant )

FILED by D.C.
MAY 10 2000

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. DISTRICT COURT    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
    COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1)  DATE AND TIME OF ARREST: _05/10 2000_ / _8 20_ (a.m.)/p.m.

(2)  LANGUAGE(S) SPOKEN: _English_

(3)  OFFENSE(S) CHARGED: _18 USC 545 (Smuggling)_
_42 USC 7671 (Importation of Freon)_

(4)  UNITED STATES CITIZEN:   (X)YES   ( )NO   ( )UNKNOWN

(5)  DATE OF BIRTH: _January 30, 1957_

(6)  TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
[ ] INDICTMENT    [X] COMPLAINT    CASE # _00-4101-BSS_
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _Southern District of Florida_
COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [X]YES   [ ]NO

AMOUNT OF BOND:$ _250,000_    WHO SET BOND? _AUSA_

(7)  REMARKS: _____

(8)  DATE: _05/10 2000_   (9) ARRESTING OFFICER _S/A Cole_

(10)  AGENCY _U.S. Customs_   (11) PHONE # _954-356-7383 x126_

(12)  COMMENTS _____