COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Hugh Hamilton Robinson (J)#    CASE NO: 00-4101-BSS
AUSA: Thomas Watts-Fitzgerald /Kaplan    ATTNY: Pat Hunt
AGENT: ___    VIOL: 18:545, 42:7671
PROCEEDING: Initial Appearance    BOND REC: $250,000 Corp. surety
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

FILED by ___ D.C.
MAY 1 0 2000
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
___ Electronic Monitoring ___

A - advised of charges
A - sworn for counsel

will reset at a later date

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING:    5-18-00    11:00am    BSS
PRELIM/ARRAIGN. or REMOVAL:    5-19-00    11:00am    BSS
STATUS CONFERENCE: ___

DATE: 5-10-00    TIME: 11:00am    TAPE # 00-034    PG #
352 - 3661
00-35    Recalled
1-89    00-035
300 -