UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4101-BSS

UNITED STATES OF AMERICA
Plaintiff,

v.

Hugh Hamilton Robinson
Defendant

5-19-00

ORDER ON INITIAL APPEARANCE

Language __English__
Tape No __00-034__
AUSA __Watts-Fitzgerald__
Agent ____

The above-named defendant having been arrested on __5-10-00__, having appeared before the court for initial appearance on __5-10-00__ and proceedings having been held in accordance with _____, it is thereupon

ORDERED as follows:

1. _____ appeared as ____ temporary counsel of record
   Address: ____
   Zip Code: ____ Telephone: (Pat Hunt) ____
2. Federal Public Defender ____ appointed as permanent counsel ____
   Address: ____
   Zip Code: ____ Telephone: ____
3. The defendant shall attempt to retain counsel and shall appear before the court at ____
4. Arraignment/Preliminary ~~Examination/Removal Hearing~~ is set for __5-19-00__.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because ____

A detention hearing, pursuant to 18 U.S.C. 3142(f) is set for ____, 20__.

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
   __250,000 Corp. Surety__  __Bond hearing set 5-11-00__

This bond shall contain the standard conditions of bond printed on the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court
____ b. Report to Pretrial Services as follows ____ times a week by phone ____ times a week in person; other ____
____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law
____ d. Maintain or actively seek full-time gainful employment
____ e. Maintain or begin an educational program
____ f. Avoid all contact with victims of or witnesses to the crimes charged
____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon
____ h. Comply with the following curfew ____

- 1 -

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest       _____

On Warrant      _____

After Hearing   _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 10 day of May , 20 00 .

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD F M-1
Rev 01/00