425038

AO 442 (Rev 12/85) Warrant for Arrest  AUSA THOMAS WATTS-FITZGERALD USCS S.A Stephen E. Cole (954) 356-7238x126

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

HUGH HAMILTON ROBINSON
a/k/a "Alex MaCaulay"

**WARRANT FOR ARREST**

CASE NUMBER: 00-4101-055

**TO: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___HUGH HAMILTON ROBINSON, a/k/a "Alexander MaCaulay___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly combine, conspire, confederate and agree with each other and others, known and unknown, to commit an offense against the United States, to wit: to impede, interfere and obstruct the lawful government functions of the United States Customs Service and the Environmental Protection Agency by importing contrary to law approximately ninety 30 pound canisters of CFC-12,

in violation of Title 18 United States Code, Section(s) 545, 2 & 42 USC 7671c

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Title of Issuing Officer

Signature of Issuing Officer

May 9, 2000 Fort Lauderdale, Florida
Date and Location

BSS
Bail fixed at $250,000 Corporate Surety Bond     by Barry S. Seltzer, U.S. Magistrate Judge
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at Sunrise, FL

| DATE RECEIVED 05/09/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05/10/2000 | James A. Tassone, USM FOR: USC | Fred DePompa, SDUSM |