DEFT: Hugh Hamilton Robinson (J)#    CASE NO: 00-6136-CR-WDF
AUSA: Tom Watts-Fitzgerald by Robert Nicholson    ATTNY: FPD - Daryl Wilcox
AGENT: ___    VIOL: ___
PROCEEDING: Prelim/(Arraignment) on indictment    BOND REC: ___
BOND HEARING HELD – yes/no    COUNSEL APPOINTED: ___

FILED by ___ D.C.
MAY 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended for:
12) ___ Halfway House
    ___ Electronic Monitoring

— Defendant enters Not Guilty Plea.
— Standing Discovery Order entered.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: June 2, 2000 @ 11:00 a.m.
DATE: 5-19-00    TIME: NOON    TAPE # 00-044  PG # 1400-

11