NON-COMPLIANCE OF S.D. fla. L.R. 5.1(a)(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6136 FERGUSON - MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

HUGH ROBINSON,

    Defendant
_____/

## NOTICE OF APPEARANCE

COMES NOW MAX P. ENGEL and files his appearance as attorney of record in the above-styled case.

Please send all notices and inquiries to this attorney at the address listed below.

*Max P. Engel*
MAX P. ENGEL, ATTORNEY
901 North West 22 Avenue
Miami, Florida 33125