UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6136-CR-FERGUSON
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUGH ROBINSON,

    Defendant.
_____/

### MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Hugh Robinson, be terminated as the Defendant has retained Max P. Engel, Esq., 901 North West 22nd Avenue, Miami, Florida 33125, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____
    Robert N. Berube
     Supervisory Assistant
    Federal Public Defender
    Florida Bar No. 304247
    Attorney for Defendant
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / (Fax) 356-7556



CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this 23 day of May, 2000, to Thomas Watts-Fitzgerald, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Max P. Engel, Esq., 901 North West 22nd Avenue, Miami, Florida 33125 and Hugh Robinson, Reg No. 55292-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

Robert N. Berube