REC'D by _____ D.C.
DKTG

MAY 3 1 1999

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6136-CR-WDF

FILED by _____ D.C.

MAY 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

vs

HUGH HAMILTON ROBINSON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on May 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address:_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:     Name:____Daryl Wilcox - FPD_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __19TH__ day of __May_____, 1999.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No. ____00-044_____

cc: Copy for Judge
    U. S. Attorney