IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

   Plaintiff

vs.

HUGH ROBINSON,

   Defendant

NO. 00-6136-FERGUSON

'00 MAY 31 P1:17

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW the undersigned attorney and files this his Motion To Withdraw As Attorney Of Record and states as follows:

1. Undersigned attorney received a voice mail message from the Defendant, HUGH ROBINSON, on May 25, 2000, at 5:15 p.m., discharging him and instructing him to take no further action on behalf of the Defendant in this cause.

2. Said message further indicates that Defendant had retained new counsel, and that new counsel would be contacting the undersigned. However, no such contact has been made as of the preparation of this motion.

3. That under the above circumstances, counsel is unable to continue the representation of the Defendant in this cause.

WHEREFORE, undersigned counsel prays that this Honorable Court grant this motion and permit him to withdraw as attorney of record.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Motion To Withdraw As Attorney of Record was mailed this **30** day of **May**, 2000 to Thomas Watts-Fitzgerald, Assistant United States Attorney, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida and the Defendant, Hugh Robinson, c/o Federal Correctional Institution, 33 N.E. 4th Street, Miami, Florida.



U.S.A. -v- Robinson

Page #2

LAW OFFICES OF MAX P. ENGEL
Attorneys for the Defendant
901 N.W. 22nd Avenue
Miami, Florida 33125
305/325-1810

BY: *Max P. Engel* 
    Max P. Engel, Esq.