HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __DWAYNE SMITH_____ CASE NO: __00-6077-CR-ZLOCH__

AUSA __TOM LANIGAN__ / Thompson  ATTY __FPD — Berube__   00-028

Disc out —                                                  C 2066

DEFT __HUGH ROBINSON_____ CASE NO: __00-6136-CR-FERGUSON__

AUSA __TOM WATTS-FITZGERALD__ Thompson ATTY ~~MAX ENGEL~~ (RETAINED) Not pres

Disc out. M/wdraw filed                                      @ 2113
by cnsl

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __6-2-00_____ TIME __11:00_____