UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6136-CR-FERGUSON

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

HUGH ROBINSON,    :

    Defendant.    :



## STATUS REPORT

A status conference was held in this cause on June 2, 2000. At that conference, the parties informed the Court as follows:

1. The defendant initially was represented by the Federal Public Defender. Thereafter, Max Engel, Esquire entered his permanent notice of appearance, and the Public Defender's motion to withdraw as counsel was granted. Discovery has been provided to Mr. Engel.

2. The co-defendant was arraigned on June 1, 2000. Therefore, this case should not be set for trial until on or after July 1, 2000.

DATED at Fort Lauderdale, Florida, this _____ day of June, 2000.

                                  LURANA S. SNOW
                                  CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Tom Watts-Fitzgerald (FTL)
Max Engel, Esq.