REC'D by _____ D.C.

UNITED STATES DISTRICT COURT  DKTG
SOUTHERN DISTRICT OF FLORIDA

JUN 2 6 1999

UNITED STATES OF AMERICA,

CASE NO. 00-6136-CR-FERGUSON

CLARENCE MADDOX
CLERK U.S. DIST. CT,
S.D. OF FLA. FT. LAUD.

Plaintiff,

vs.

HUGH ROBINSON,

Defendant.

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY stipulated and agreed to by the undersigned attorney that Max P. Engel.
Esq. be allowed to withdraw as counsel of record for the Defendant, HUGH ROBINSON, and
that Stephen T. Millar. Esq. of Stephen T. Millan, P.A. be substituted as counsel of record.

Max P. Engel
901 N W. 22nd Avenue
Miami, Florida 33125
(305) 325-1810

Stephen T. Millan, P.A.
7685 Southwest 104th Stree
Suite 200
Miami, Florida 33156
(305) 662-2441

Max P. Engel, Esq.
Florida Bar No. 022668

Stephen T. Millan, Esq.
Florida Bar No. 883719

Date: June 15, 2000

Date: _____ 2?, 2000

NON-COMPLIANCE OF S.D. fla. L.R. S.1B.

37