UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6136 FERGUSON

    Plaintiff,
vs.

HUGH ROBINSON,

    Defendant.

_____/



## MOTION TO WITHDRAW

COMES NOW, the law firm of Stephen T. Millan, P.A., counsel for Defendant HUGH ROBINSON and moves this Honorable Court for permission to withdraw as counsel of record for the Defendant in this cause and for grounds would state that:

1. Undersigned attorney received a phone call from the Defendant, HUGH ROBINSON, on June 22, 2000 discharging him and instructing him to take no further action on his case.

2. Said message further indicated that Defendant had retained new counsel and that new counsel would be contacting the undersigned. However, no such contact has been made as of the preparation of this motion.

3. That under the above circumstances counsel is unable to continue the representation of the Defendant in this cause.



WHEREFORE, undersigned counsel prays that this Honorable Court grant this motion and permit him to withdraw as attorney of record.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by hand delivered to Thomas Watts-Fitzgerald, Assistant U.S. Attorney, and the Defendant, Hugh Robinson, c/o Federal Correctional Institution, this  10  day of July, 2000.

>STEPHEN T. MILLAN, P.A.
>Counsel for the Defendant
>7685 Southwest 104th Street
>Suite 200
>Miami, Florida 33156
>Tel. (305) 662-2441
>
>By: *Stephen T. Millan*
>Stephen T. Millan, Esq.