UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6136-CR-FERGUSON

UNITED STATES OF AMERICA,
         Plaintiff,
vs.

HUGH ROBINSON, (J)
         Defendant.
_____/

**MINUTES**
**CHANGE OF PLEA**

On July 14, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Jeff Voluck, Esq appointed by the Court/retained by the defendant, and said defendant stated in open court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) _3_ of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( ) The Court proceeded to pronounce sentence.

- (X) The Court postponed sentencing until **9/15/00** at 11:00 a.m.,

- ( ) and the defendant was allowed to remain on present bond until then;

- ( ) and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

- (X) and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>