```
UNITED STATES OF AMERICA            UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
    Plaintiff,

vs.                                 Case No. 00-6136-CR-FERGUSON
                   JUL 14 2000
HUGH ROBINSON, (J)                  SENTENCING DATE

    Defendant.
```

TO:  DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the Honorable WILKIE D. FERGUSON, JR., United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **September 15, 2000** at **11:00 A.M.** for imposition of sentence. On the date, report to the U.S. Courthouse, Courtroom, 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, this notice advises the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report (PSR) to this Court will be completed and a copy made available to the parties and their counsel. DEFENSE COUNSEL AND THE DEFENDANT, IF ON BOND ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION).
IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

DATED: July 14, 2000                CLARENCE G. MADDOX, II
                                    Court Administrator/
COUNSEL: Jeff Voluck, Esq           Clerk of Court

RECEIVED:  7/14/00
                                    By: /s/ Troy Walker
GOVERNMENT: AUSA, Tom Watts-Fitzgerald    Deputy Clerk
                                    Troy T. Walker


The defendant plead guilty as to Count(s) 3 Indictment and is in custody.