UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-CR-6136

    Plaintiff,                               FERGUSON, JR.

vs.

HUGH HAMILTON ROBINSON,

    Defendant.
_____/

### MOTION TO PERMIT DEFENDANT TO TRAVEL TO HIS HOME AND EMPLOYMENT IN NASSAU, BAHAMAS

COMES NOW the Defendant, **HUGH H. ROBINSON**, by and through his undersigned counsel as prays this Honorable Court for an Order Permitting him to Travel to his Home and Place of Employment in Nassau, Bahamas, and as grounds would state.

1. That the Defendant was charged by Indictment with Unlawful Importation of Goods (ODCs), Violation of Clean Air Act, and Conspiracy.

2. That the Defendant and his partners have been developing the Coral Harbor Spa and Resort in Nassau, Bahamas, and that is his sole means of earning a living. (see attached copy of brochure and permit to reside).

3. That while working there, the Defendant resides with Winfield Rolle, #10, Norman Road, Coral Harbor, Nassau, Bahamas, telephone number (242) 362-1155.

4. That if permitted to travel to Nassau, the Defendant will be in continuous contact with the undersigned attorney and will be available at the address and telephone number provided above.

5. Other grounds to be argued ore tenus.



WHEREFORE the Defendant, **HUGH H. ROBINSON**, prays for an Order Permitting him to Travel to Nassau, Bahamas.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 20th day of July, 2000 to Thomas A. Watts-Fitzgerald, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

        JEFFREY M. VOLUCK, P.A.
        Counsel for Defendant
        440 South Andrews Avenue
        Fort Lauderdale, Florida 33301
        Telephone: (954) 467-8989

By: _____
    JEFFREY M. VOLUCK, ESQUIRE
    FLORIDA BAR NO.: 0113750



FORM II    N   0532

File No. Ire: 95645

G 171548

Fee Paid $ 1,000.00

## PERMIT TO RESIDE

Mr. Alexander Macaulay
Mrs.
Miss

is hereby authorised to enter and remain in the Bahama Islands subject to provisions of the Immigration Act 1967 for the purposes of:—

Residing in the Commonwealth of the Bahamas

This permit is subject to the condition that the holder shall not engage in any gainful occupation. Contravention of this condition will render the holder liable to criminal proceedings and may entail cancellation of this permit.

THE HOLDER OF THIS PERMIT MUST BE IN POSSESSION OF A VALID PASSPORT

This permit is valid for the period commencing on the date hereof and ending on the 15th day of March 19 2000

Director of Immigration

Date 10th May, 1999



*Coral Harbour Resort*

CORAL HARBOUR RESORT AND ...
FEATURING:



- 24 HOUR SECURITY IN PRIVATE ...

- IN GROUND FRESH WATER POOL



- OCEAN FRONTAGE WITH SECLUDED BEACH

- FULL SERVICE RESTAURANT SERVING BREAKFAST, LUNCH AND FIRST CLASS DINNER



- BEACH BAR SERVING LATE NIGHT SNACKS

- CONVENIENCE FOOD STORE, LIQUOR/CIGAR STORE LOCATED WITHIN OUR GATES



- GOLF, SCUBA DIVING AND HORSEBACK RIDING NEARBY

- HAR TRU TENNIS COURT



- SNORKELING AND SUNSET CRUISES ON OUR 41' SAILBOAT

- BICYCLE, MOPED AND SEADOO RENTALS



- SHUTTLES AVAILABLE TO AIRPORT AND CASINOS

**242-362-2636**