UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

'LED BY _____ D.C.

00 AUG 18 AM 11: 28

CLERK, MADDOX
U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,    CASE NO. 00-6196-
                             FERGUSON

Plaintiff,

vs.                          OO-6136CR WDF

HUGH ROBINSON,

Defendant.
_____/

## NOTICE OF FILING

COMES NOW the Defendant, **HUGH ROBINSON**, by and through undersigned attorney, and files this Notice of Filing, to wit:

1. Copy of Bond #401519937 Assignment Form.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 15th day of August, 2000 to Thomas Watts-Fitzgerald, Assistant United States Attorney, 99 Northeast 4th Street, Miami, Florida 33132.

JEFFREY M. VOLUCK, P.A.
Counsel for Defendant
440 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: _____
JEFFREY M. VOLUCK, ESQUIRE
FLORIDA BAR NO.: 0113750

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1B

BROWARD SHERIFF'S OFFICE
DEPARTMENT OF FINANCE-CASH BOND UNIT
P.O. BOX 9507
FT. LAUDERDALE, FL 33310

## ASSIGNMENT FORM

Go. Dist. Ct.

Clerk of Court

I HEREBY CERTIFY that I posted cash bond # _401 519 937_ with the ~~Sheriff of Broward County~~, Florida, on _7/14/00_ in the amount of $ _7500 plus accrued interest_.

I agree to indemnify and save harmless the SHERIFF, its employees, agent and servants against liability arising from any claim, cause of action, or lawsuit brought against the Sheriff, its employees, agents, and servants as a result of the disbursement of the amount represented by bond #_____.

I HEREBY ASSIGN all rights in this bond to:
**Jeffery McYoluck, P.A.**
440 South Andrews Avenue
Fort Lauderdale, FL 33301
PRINT ASSIGNEE'S NAME

_____
DEPOSITOR'S SIGNATURE (ASSIGNER)

---

FLORIDA SHORT FORMS INDIVIDUAL ACKNOWLEDGMENT (F.S.695.25)    No.5181

STATE OF FLORIDA
COUNTY OF _BROWARD_

The foregoing instrument was acknowledge before me this _17th_ day of _July, 20_
Date

by _AUDREY HAMILTON ROBINSON_ who is personally known to
The name of Depositor

or who has produced _FL DL # Y 0047518_
Type of Identification

As identification and who did (did not) take an oath.

_Bmairski_ Notary Public, Commission No_____
Signature

Brian K Mainster
My Commission CC812174
Expires February 24, 2003

Seal Above    _____ Name of Notary typed, printed or stamp