UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG 2 2 2000

UNITED STATES OF AMERICA,        CASE NO.: 00-CR-6136

    Plaintiff,        FERGUSON, JR.

vs.

HUGH HAMILTON ROBINSON,

    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO TRAVEL

THIS MATTER is before the Court, upon the Defendant's Motion to Permit Defendant to Travel to Nassau, Bahamas. The Court has carefully reviewed said Motion and after due consideration, it is

ORDERED AND ADJUDGED that the Defendant's Motion be and the same is hereby

_____ DENIED. _____

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of August, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire
Counsel for Defendant

Thomas Watts-Fitzgerald
Assistant United States Attorney