UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.: 00-6136-FERGUSON

       Plaintiff,

vs.

HUGH ROBINSON,

       Defendant.
_____/

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, **HUGH ROBINSON**, by and through undersigned counsel, and moves this Honorable Court for an Order continuing the sentencing in the above-styled matter, and as grounds for this motion hereby submits the following:

1. This matter is scheduled for sentencing on Friday, September 15, 2000 at 11:00 a.m.

2. The Pre-Sentence Report in this matter was scheduled to be completed on August 11, 2000.

3. According to the Pre-Sentence Report, it was available for disclosure on September 1, 2000 and undersigned counsel received it in his office on the afternoon of September 5, 2000.

4. After reviewing the Pre-Sentence Report, undersigned counsel decided it was necessary to retain a sentencing/guideline expert to help in addressing some of the issues raised in the report.



5. Accordingly, undersigned counsel has employed Cynthia Thomas, formerly of U.S. Probation, of Alteo Group, a sentencing consultant and former United States Probation Officer from this District.

6. Undersigned counsel immediately contacted the Assistant United States Attorney, Tom Watts-Fitzgerald, and was informed that he takes no position as to a continuance and leaves it to the Court's discretion.

7. Undersigned counsel does not need a long continuance, but is only seeking an additional two (2) weeks.

WHEREFORE the Defendant, **HUGH ROBINSON**, respectfully requests that this Honorable Court continue the sentencing of this case accordingly.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 7th day of September, 2000 to Tom Watts-Fitzgerald, Assistant U.S. Attorney, 99 N.E. 4th Street, Miami, FL 33301 and to Tracie Webb, U.S. Probation, 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301.

JEFFREY M. VOLUCK, P.A.
Counsel for Defendant
440 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: _____
JEFFREY M. VOLUCK, ESQUIRE
FLORIDA BAR NO.: 0113750