SEP 18 2000

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6136-CR-WDF_

DEFENDANT _Hugh Robinson_     JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_     DATE _September 15, 2000_

Court Reporter _Paul Haferling_     USPO _Tracey Webb_

AUSA _Jenn/Matt Fitzgerald_     Deft's Counsel _Voluck, Esq_

COUNTS DISMISSED _All Others_

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment    Years    Months _8_    Counts _2_

Right to appeal.

Treatment for Substance abuse

Supervised Release _3 yrs ct 3 (see J&C for details) also_

Probation    Years    Months    Counts

Comments _& 2 months H.C._

Assessment $ _100.00_     Fine $ _1,000.00_

Restitution /Other _____

#### CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal
_✓_ Voluntary Surrender to (designated institution or U. S. Marshal Service) on _11/10/00_

Commitment Recommendation: _____

58