```
FILING FEE
PAID 520 521- $105.00
In Forma
Pauperis
Clarence Maddox, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6136-CR-FERGUSON

UNITED STATES OF AMERICA,

vs.

HUGH ROBINSON,
Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Hugh Robinson, takes and enters this his Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit to review the Orders, Judgment and Sentence entered on September 15, 2000

I HEREBY CERTIFY that a copy of the foregoing was furnished to Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, this 21 day of September, 2000.

Hugh Robinson

HUGH ROBINSON, Pro Se
701 S.E. 21st Street
Fort Lauderdale, Florida 33316
(954) 463-1102

