UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6136-CR-FERGUSON



UNITED STATES OF AMERICA,

vs.

HUGH ROBINSON,
Defendant.
_____/

## MOTION FOR BOND OR TO STAY SURRENDER PENDING APPEAL; INVESTIGATION OF APPEAL

COMES NOW the Defendant, Hugh Robinson, through counsel undersigned and makes this Motion for Bond or to Stay Surrender Pending Appeal; Investigation of Appeal and as grounds would state the following:

1. The Defendant was sentenced to six months incarceration and two months house arrest.

2. The Defendant has filed an appeal of his sentencing due to, inter alia, only having had the PSR only ten days prior to sentencing.

3. The Defendant is due to surrender 10 November 2000.

4. The Defendant filed Notice of Appeal and his designation and is obtaining counsel to diligently prosecute the appeal. The undersigned will probably handle the appeal when financial arrangements are complete.

5. The Defendant verily believes that had he had more time he would have been able to address certain "points" raised, as well as other issues that a sentencing expert could have brought before the Court.

66

6. The Defendant respectfully submits that if he were to appeal and be successful, yet denied this Motion, the entire incarceration portion of the sentence might well be served rendering this appeal of no avail.

7. The Defendant was released on bail ($74,000 10% bond and $75,000 personal surety it is believed) is still thereon and has appeared whenever his presence is required.

8. Tom Watts-Fitzgerald, Assistant United States Attorney, has indicated that he opposes this motion.

I HEREBY CERTIFY that a copy of the foregoing was furnished to Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, this _20_ day of October, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel: (954) 467-6767

By: _____
Fred Haddad
Florida Bar Number 180891