UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-CR-6136
                            APPELLATE NO: 00-15110-F
          Plaintiff,
vs.                         JUDGE: FERGUSON

HUGH HAMILTON ROBINSON
a/k/a ALEXANDER MACAULAY,,

          Defendant.
_____/

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

JEFFREY M. VOLUCK, ESQUIRE, pursuant to his duty, moves this Honorable Court to relieve his office from further legal responsibility as Counsel of Record for the Defendant, **HUGH ROBINSON a/k/a ALEXANDER MACAULAY**, in the above-styled cause, and as grounds therefore would state:

1. Defense counsel was privately retained for the trial in the above-captioned matter. As a result of intense negotiations, a change of plea to Count III of the Indictment took place on July 14, 2000.

2. On September 15, 2000, the defendant was sentenced to six (6) months incarceration followed by supervised release for three (3) years with participation in the home detention electronic monitoring program for a period of two (2) months.

3. The defendant was ordered to surrender for service of sentence on November 10, 2000.

4. Undersigned counsel received a letter on October 26, 2000 from the United States Court of Appeals, Eleventh Circuit, indicating that this case was docketed on



October 2, 2000. Undersigned counsel contacted the United States Court of Appeals and learned that the defendant filed a pro se appeal.

5. Undersigned counsel does not know of any ground for appeal since this was a voluntary guilty plea and defendant was collequed on the record.

WHEREFORE, the undersigned hereby requests leave of his office of any further legal responsibility in the above-styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 27th day of October, 2000 to the Assistant United States Attorney, Thomas Watts-Fitzgerald, 99 N.E. 4th Street, Miami, Florida 33132, Clerk of Appeals Court, 56 Forsyth Street, N.W., Atlanta, GA 30303, and to Hugh Robinson, 701 S.E. 21st Street, Ft. Lauderdale, Florida and at 165 Davis Road, San Francisco, California 94117.

JEFFREY M. VOLUCK, P.A.
440 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: _____
JEFFREY M. VOLUCK, ESQUIRE
FLORIDA BAR NO.: 0113750