UNITED STATES DISTRICT COURT 0 3 Y _____ D C
SOUTHERN DISTRICT OF FLORIDA
00 NOV - 1  AM 11: 10

CASE NO. 00-6136-CR-FERGUSON
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES OF AMERICA,

vs.

HUGH ROBINSON,
  Defendant.
_____/

## SUPPLEMENT TO MOTION FOR BOND OR TO STAY SURRENDER PENDING APPEAL; INVESTIGATION OF APPEAL

COMES NOW the Defendant, Hugh Robinson, through counsel undersigned and would supplement his Motion for Bond or to Stay Surrender Pending Appeal; Investigation of Appeal as follows:

1.    The Defendant is due to surrender on 10 November.

2.    According to conversations with Mr. Robinson it appears the two points assessed to the Palm Beach conviction which the previous counsel did not have time to address due to the shortness of the receipt of the PSI, is in the process of being set aside and all that is left is one letter to accomplish that.  This issue was related to a condition of Mr. Robinson's probation which should have been terminated and was not terminated in error, according to what Mr. Robinson relates.  He has counsel in Palm Beach County.

3.    Further, in the interim between the time the Defendant received his PSI and the date of this motion filed, the Defendant has had one point removed for his conviction from the County Court in Broward County, in that plea has been set aside.

4.    If the Defendant's sentencing had been continued, three points may well have been removed and the Defendant would have had a lesser sentence.

WHEREFORE the Defendant moves that this Court again consider the shortness of the sentence and the vitality of the appeal and grant the Defendant a stay of surrender or bond pending appeal.

I HEREBY CERTIFY that a copy of the foregoing was furnished to Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, this$\underline{31}^{st}$ day of October, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel: (954) 467-6767

By: _____
        Fred Haddad
        Florida Bar Number 180891