UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6136CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

HUGH ROBINSON,
    Defendant,
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR BOND**

**OR TO STAY SURRENDER PENDING APPEAL; INVESTIGATION OF APPEAL,** and the

Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby ~~Granted.~~ *DENIED*

*HOWEVER THE SURRENDER DATE IS CHANGED TO NOV. 13, 2000 at 2:00 P.M.*

DONE AND ORDERED in Fort Lauderdale, Florida this 8TH day of October, 2000.

                                  ~~Magistrate~~/District Judge

CC:  Fred Haddad, Esq.
       Tom Watts-Fitzgerald, Esq.

