FILED
DEC 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

UNITED STATES OF AMERICA.       )  Case No. 00-6136-Cr-WDF
                                )
        Plaintiff,               )
                                )  Fort Lauderdale, Florida
vs                              )  July 14, 2000
                                )  Friday
HUGH ROBINSON,                  )
                                )
        Defendant.              )
---------------------------------)

TRANSCRIPT OF CHANGE OF PLEA
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

APPEARANCES:

FOR THE GOVERNMENT:        THOMAS WATTS-FITZGERALD, AUSA

FOR THE DEFENDANT:         JEFFREY VOLUCK, ESQ.

COURT REPORTER:            PAUL HAFERLING, RPR

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**