*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

FILED
DEC 13 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

**UNITED STATES OF AMERICA,**

Case No. 00-6136-Cr-FERGUSON

Plaintiff,

vs.      **FORT LAUDERDALE**, *FLORIDA*
SEPTEMBER 15, 2000

**HUGH ROBINSON,**

Defendant.

---

**TRANSCRIPT OF SENTENCING**
**BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

**THOMAS WATTS-FITZGERALD, A.U.S.A.**
99 N.E. 4th Street
Miami, FL  33132 - 305/961-9413

FOR THE DEFENDANT:

**JEFFREY VOLUCK, ESQ.**
440 South Andrews Ave.
Ft. Lauderdale, Florida

REPORTED BY:    **JERALD M. MEYERS, RPR-CM**
Official Federal Court Reporter
301 North Miami Avenue, 9th Floor
Miami, FL  33128-7797 - 305/374-8108

73

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**