UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HUGH ROBINSON a/k/a
ALEXANDER MACAULAY,

Defendant.
_____/

CASE NO.: 00-6136-FERGUSON



## MOTION TO DISCHARGE BOND AND FOR RETURN OF COLLATERAL

The Defendant, **HUGH ROBINSON a/k/a ALEXANDER MACAULAY**

("ROBINSON"), by and through his undersigned counsel, hereby respectfully requests that this Honorable Court enter an order discharging his bond and directing the United States District Court Clerk to return the $7,500.00 with interest in United States currency posted as collateral. In support thereof, he states the following:

1. ROBINSON was charged with 2 Counts of Unlawful Importation of Goods – Smuggling, 2 Counts of Violation of Clean Air Act, and Conspiracy.

2. ROBINSON was released on $75,000.00 personal surety bond on the condition that 10% of the bond be deposited with the United States District Court Clerk. Attached is the <u>original</u> receipt evidencing the deposit of the collateral. Bond was posted at the United States District Court Clerk's Office, Fort Lauderdale, Florida.

3. ROBINSON voluntarily surrendered to the Federal Correctional Institute in Miami, Florida.

ON-COMPLIANCE OF S.D. fla. L.R. 5/A1
7iA4
5iB

WHEREFORE, the Defendant, **HUGH ROBINSON a/k/a ALEXANDER MACAULAY**, hereby respectfully request that this Honorable Court enter an order discharging his bond and directed the united States District Court Clerk to return $7,500.00 plus interest, previously posted as collateral for his bond. The funds shall be returned to Jeffrey M. Voluck, P.A.'s Trust Account.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 26th day of December, 2000 to: Tom Fitzgerald, Assistant United States Attorney, 99 Northeast Fourth Street, Miami, Florida 33136 and to the United States District Court Financial Department, 301 North Miami Avenue, Room 150, Miami, Florida 33132-2111.

JEFFREY M. VOLUCK, P.A.
Counsel for Defendant
440 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 467-8989

By: /s/ Jeffrey M. Voluck
JEFFREY M. VOLUCK, ESQUIRE
FLORIDA BAR NO.: 0113750

```
Fri Jul 14 10:49:07 2000

UNITED STATES DISTRICT COURT

MIAMI              , FL

Receipt No.   401 519937
Cashier          liz

Tender Type  CHECK

Check Number: 30-1/1140 #1184509

Transaction Type   C

Case No./Def No. 0:99-CR-000000/   0

DO Code    Div No      Acct
 4600         0        604700

Amount           $   7500.00

AUDREY ROBINSON, 701 se 21 ST., FT LAUDE
RDALE, FL 33316

00CR6136/WDF/ 10% CASH BOND FOR HUGH ROB
INSON(SS#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)



Fri Jul 14 10:49:07 2000

Check No. 30-1/1140 #1184509
Amount$  7500.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600
```