UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 00-CR-6136
                                                    APPELLATE NO. 00-15110-F

          Plaintiff,                                FERGUSON, JR.

vs.

HUGH HAMILTON ROBINSON,

          Defendant.
_____/

FILED by _____ D.C.

JAN 9 2001

CLARENCE MADDOX
CLE.J, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON COUNSEL'S MOTION TO WITHDRAW

THIS MATTER is before the Court, upon JEFFREY M. VOLUCK'S **MOTION TO WITHDRAW AS ATTORNEY OF RECORD**. The Court has carefully reviewed said Motion and after due consideration, it is

ORDERED AND ADJUDGED that JEFFREY M. VOLUCK, ESQUIRE be relieved of any further duties or obligations in the above-styled cause and all further correspondence shall be directed to HUGH ROBINSON at 701 S.E. 21st Street, Ft. Lauderdale, Florida and/or at 165 Davis Road, San Francisco, California 94117.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of _January_, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished:

Jeffrey M. Voluck, Esquire
Thomas Watts-Fitzgerald
Assistant United States Attorney
Hugh Robinson, Defendant