DEFENDANT: **HUGH ROBINSON, (J) 55292-004**

CASE NUMBER: **0:00CR06136-002**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____6_____ **month(s)** _____.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 2 p.m. on _____ **11/10/2000** _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

√ |5

Defendant delivered on ___11|20|00___ to _BoP_  _FCI Miami_

at _Miami_ _FL_ , with a certified copy of this judgment.

Ed _Gonzalez, Warden_.
UNITED STATES MARSHAL

By _Tina Nobu, LtE_
Deputy U.S. Marshal