UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ C.C.
2001 JAN 22  AM 11:27
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

CASE NO. 00-6136-CR-FERGUSON

UNITED STATES OF AMERICA,

vs.

HUGH ROBINSON,
Defendant.
_____/

## APPEARANCE AS ATTORNEY OF RECORD FOR PURPOSES OF APPEAL

TO THE CLERK OF THE ABOVE COURT:

You will please enter my appearance this date as attorney of record for the Appellant aforesaid in the above-styled cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to the Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132, this 19 day of January, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel: (954) 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891