**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**299 East Broward Boulevard**
**Fort Lauderdale, FL 33301**
954-769-5400

**CLARENCE MADDOX**
*Court Administrator/Clerk of Court*

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia    30303

Date: <u>February 6, 2001</u>
USDC # <u>00-6136-CR-WDF</u>
USCA # <u>00-15110-F</u>

IN RE: **USA v. Hugh Hamilton Robinson**

===================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.    The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

<u>1</u>  Volume of Pleadings
<u>2</u>  Volumes of Transcripts

<u>X</u>  Exhibits:

<u>1</u>  PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                    LSS    CLOSED
                                                    APPEAL
                       U.S. District Court
              Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6136-ALL
```

USA v. Ammons                                          Filed: 05/18/00

Other Dkt # 0:00-m -04101

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

```
BERT ALLEN AMMONS (1) , DOB:      Philip Robert Horowitz
6/11/55  Prisoner #55325-004        [term  01/03/01]
    defendant                     FTS 232-1963
  [term  01/03/01]                [COR LD NTC cja]
                                  Philip R. Horowitz
                                  12651 South Dixie Highway
                                  Suite 328, Southpark Centre
                                  Miami, FL 33156
                                  305-232-1949
```

Pending Counts:                        Disposition

18:545.F SMUGGLING GOODS INTO      3 months imprisonment, 3 years
THE US EXCEPT NARCO/LIQUOR         supervised release and $100
(1)                                special assessment
                                   (1)

Offense Level (opening): 4


Terminated Counts:                     Disposition

42:7413.F FEDERAL ENFORCEMENT      Counts dismissed
PROCEDURES, PENALTY                (2)
(involving Clean Air Act)
(2)

18:371.F CONSPIRACY TO DEFRAUD     Counts dismissed
THE UNITED STATES: Unlawful        (3)
importation of goods-smuggling
(3)

18:545.F SMUGGLING GOODS INTO      Counts dismissed
THE US EXCEPT NARCO/LIQUOR         (4)
(4)

42:7413.F FEDERAL ENFORCEMENT      Counts dismissed
PROCEDURES, PENALTY(Involving      (5)
the Clean Air Act)

Docket as of February 6, 2001 12:03 pm              Page 1
```



Proceedings include all events.                                    LSS
0:00cr6136-ALL USA v. Ammons                              CLOSED APPEAL

(5)


Offense Level (disposition): 4



Complaints                              Disposition

Conspiracy to Import CFC-12,
18 USC 545, 2 & 42 USC 7671c
[ 0:00-m -4101 ]


========================

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

HUGH HAMILTON ROBINSON (2) ,          Robert Norman Berube
DOB: 1/30/57 prisoner # 55292-         [term  09/20/00]
004                                   FTS 356-7556
aka                                   [COR LD NTC pda]
Alexander MaCaulay                    Public Defender
     defendant                         [term  09/20/00]
  [term  09/20/00]                    [COR LD NTC pda]
                                      Federal Public Defender's
                                      Office
                                      101 NE 3rd Avenue
                                      Suite 202
                                      Fort Lauderdale, FL 33301-1145
                                      954-356-7436

                                      Fred Haddad
                                      FTS 760-4421
                                      954-467-6767
                                      [COR LD NTC ret]
                                      Fred Haddad
                                      One Financial Plaza
                                      Suite 2612
                                      Fort Lauderdale, FL 33394
                                      954-467-6767

                                      Jeffrey M. Voluck
                                       [term  01/09/01]
                                      FTS 467-8991
                                      954-467-8989
                                      2nd Floor
                                      [COR LD NTC ret]
                                      440 S Andrews Avenue
                                      Fort Lauderdale, FL 33301

                                      Max Phillip Engel

Docket as of February 6, 2001 12:03 pm                    Page 2

Proceedings include all events.                                                LSS
0:00cr6136-ALL USA v. Ammons                                          CLOSED APPEAL

                                        [term 09/20/00]
                                        FTS 661-4119
                                        [COR LD NTC ret]
                                        901 NW 22nd Avenue
                                        Miami, FL 33125
                                        305-325-1810

Pending Counts:                         Disposition

18:371.F CONSPIRACY TO DEFRAUD          6 months imprisonment, 3 years
THE UNITED STATES: Unlawful             supervised release, $100
importation of goods-smuggling          special assessment and $1,000
(3)                                     Fine
                                        (3)

Offense Level (opening): 4

Terminated Counts:                      Disposition

18:545.F SMUGGLING GOODS INTO           Counts dismissed
THE US EXCEPT NARCO/LIQUOR              (1)
(1)

42:7413.F FEDERAL ENFORCEMENT           Counts dismissed
PROCEDURES, PENALTY                     (2)
(involving Clean Air Act)
(2)

Offense Level (disposition): 4

Complaints                              Disposition

Conspiracy to Import CFC-12,
18 USC 545, 2 & 42 USC 7671c
[ 0:00-m -4101 ]

BERT ALLEN AMMONS, DOB: 6/11/55 Prisoner #55325-004

                defendant

=========================

HUGH HAMILTON ROBINSON, also known as Alexander MaCaulay,
DOB: 1/30/57 prisoner # 55292-004

                defendant

=========================

USA

                plaintiff

U. S. Attorneys:

   Thomas Austin Watts-Fitzgerald
   FTS 536-4651
   305-961-9413
   [COR LD NTC]
   United States Attorney's Office
   99 NE 4th Street
   Miami, FL 33132
   305-961-9000

   PTS Officer
   FTS 356-7915
   954-769-5600
   [COR LD NTC]
   Pretrial Services Office
   299 E Broward Boulevard
   Suite 301
   Fort Lauderdale, FL 33301
   954-769-5600

   Probation Officer
   FTS 356-7061
   954-769-5500
   [COR LD NTC]
   United States Probation Office
   299 E Broward Boulevard
   Room 409
   Fort Lauderdale, FL 33301-1865
   954-769-5500

Proceedings include all events.                                      LSS
0:00cr6136-ALL USA v. Ammons                                 CLOSED APPEAL

5/9/00    1    COMPLAINT as to Hugh Hamilton Robinson, Bert Allen Ammons
               [ 0:00-m -4101 ] (pb) [Entry date 05/09/00]

5/9/00    2    ARREST WARRANT issued as to Hugh Hamilton Robinson .
               Warrant  issued by Magistrate Barry S. Seltzer    Bail fixed
               at $250,000 corporate surety
               [ 0:00-m -4101 ] (pb) [Entry date 05/09/00]

5/9/00    3    ARREST WARRANT issued as to Bert Allen Ammons .    Warrant
               issued by Magistrate Barry S. Seltzer Pretrial Detention
               Requested
               [ 0:00-m -4101 ] (pb) [Entry date 05/09/00]

5/10/00   4    REPORT Commencing Criminal Action as to Hugh Hamilton
               Robinson  DOB: 1/30/57  Prisoner # 55292-004
               [ 0:00-m -4101 ] (pb) [Entry date 05/10/00]

5/10/00   5    Minute of initial appearance held on 5/10/00  before
               Magistrate Barry S. Seltzer as to Hugh Hamilton Robinson ;
               Tape #: 00-034
               [ 0:00-m -4101 ] (pb) [Entry date 05/10/00]

5/10/00   6    ORDER on Initial Appearance as to Hugh Hamilton Robinson
               Temporary Bond set to $250,000 corporate surety for Hugh
               Hamilton Robinson.,Bond hearing set for 5/11/00. for
               Appointment of Public Defender Preliminary examination set
               for 11:00 5/19/00 for Hugh Hamilton Robinson ;    before
               Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
               Barry S. Seltzer  on 5/10/00)  Tape # 00-034 CCAP
               [ 0:00-m -4101 ] (pb) [Entry date 05/10/00]

5/10/00   7    ARREST WARRANT Returned Executed as to Hugh Hamilton
               Robinson on 5/10/00
               [ 0:00-m -4101 ] (pb) [Entry date 05/11/00]

5/10/00   --   ARREST of Hugh Hamilton Robinson (dr) [Entry date 06/21/00]

5/16/00   8    NOTICE of Assignment of Assistant Public Defender for Hugh
               Hamilton Robinson . Terminated attorney Public Defender for
               Hugh Hamilton Robinson AFPD Robert Norman Berube assigned.
               [ 0:00-m -4101 ] (dd) [Entry date 05/24/00]

5/16/00   9    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
               Hugh Hamilton Robinson
               [ 0:00-m -4101 ] (dd) [Entry date 05/24/00]

5/18/00   (10) INDICTMENT as to Bert Allen Ammons (1) count(s) 1, 2, 3, 4,
               5, Hugh Hamilton Robinson (2) count(s) 1, 2, 3 (Criminal
               Category 1) (Preliminary Examination cancelled.) (dd)
               [Entry date 05/24/00]

5/18/00   --   Magistrate identification:  Magistrate Judge Lurana S. Snow
               (dd) [Entry date 05/24/00]

| | | |
|---|---|---|
| 5/19/00 | (11) | Minutes of arraignment held on 5/19/00  before Magistrate Barry S. Seltzer as to Hugh Hamilton Robinson ;  Court Reporter Name or Tape #: 00-44/1400 (dp) [Entry date 05/30/00] |
| 5/19/00 | (12) | ORDER SETTING STATUS CONFERENCE as to Hugh Hamilton Robinson    Status conference set for 11:00 6/2/00 for Hugh Hamilton Robinson    before Magistrate Judge Lurana S. Snow ( Signed by Magistrate Barry S. Seltzer on 5/19/00) CCAP [EOD Date: 5/30/00]  CCAP (dp) [Entry date 05/30/00] |
| 5/19/00 | (13) | STANDING DISCOVERY ORDER as to Hugh Hamilton Robinson   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 5/19/00)  CCAP (dp) [Entry date 05/30/00] |
| 5/19/00 | (17) | ARRAIGNMENT INFORMATION SHEET for Hugh Hamilton Robinson (2) count(s) 1, 2, 3   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 05/31/00] |
| 5/23/00 | (14) | NOTICE of Appearance for Hugh Hamilton Robinson by Attorney Max Phillip Engel (dp) [Entry date 05/30/00] |
| 5/23/00 | (15) | MOTION by Hugh Hamilton Robinson for Federal Public Defender to withdraw as attorney (dp) [Entry date 05/30/00] |
| 5/25/00 | (16) | RESPONSE to Standing Discovery Order by USA   as to Hugh Hamilton Robinson (dp) [Entry date 05/30/00] |
| 5/31/00 | (18) | MOTION by Hugh Hamilton Robinson for Max Engel to withdraw as attorney (dp) [Entry date 06/01/00] |
| 5/31/00 | -- | ARREST of Bert Allen Ammons (dp) [Entry date 06/05/00] |
| 6/1/00 | 19 | Minutes of initial appearance/arraignment held on 6/1/00 before Magistrate Judge Lurana S. Snow as to Bert Allen Ammons ;  Court Reporter Name or Tape #: 00-28/505 (dp) [Entry date 06/05/00] |
| 6/1/00 | 20 | ORDER SETTING STATUS CONFERENCE as to Bert Allen Ammons Status conference set for 11:00 6/15/00 for Bert Allen Ammons    before Magistrate Barry S. Seltzer ( Signed by Magistrate Judge Lurana S. Snow on 6/1/00) CCAP [EOD Date: 6/5/00]  CCAP (dp) [Entry date 06/05/00] |
| 6/1/00 | 21 | STANDING DISCOVERY ORDER as to Bert Allen Ammons   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge Lurana S. Snow on 6/1/00)  Tape #  CCAP (dp) [Entry date 06/05/00] |

6/1/00    26    ORDER on Initial Appearance as to Bert Allen Ammons Bond
                set to  for Bert Allen Ammons., ,  ( Signed by
                Magistrate Judge Lurana S. Snow  on 6/1/00)  CCAP (dp)
                [Entry date 06/05/00]

6/1/00    27    ARRAIGNMENT INFORMATION SHEET for Bert Allen Ammons (1)
                count(s) 1, 2, 3, 4, 5   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (dp) [Entry date 06/05/00]

6/1/00    28    APPEARANCE BOND entered by Bert Allen Ammons  in  Amount $
                100,000 PSB   Approved by Magistrate Judge Lurana S. Snow .
                Random urine testing; Additional conditions: refrain from
                excessive use of alcohol (dp) [Entry date 06/05/00]

6/2/00    22    ARREST WARRANT Returned Executed as to Bert Allen Ammons
                on 5/31/00 (dp) [Entry date 06/05/00]

6/2/00    23    Minutes of status conference held on 6/2/00  before
                Magistrate Judge Lurana S. Snow as to Hugh Hamilton
                Robinson ;  Court Reporter Name or Tape #: 00-28/2113 (dp)
                [Entry date 06/05/00]

6/2/00    --    Status conference as to Hugh Hamilton Robinson  held (dp)
                [Entry date 06/05/00]

6/2/00    24    STATUS REPORT ORDER as to Hugh Hamilton Robinson  . (
                Signed by Magistrate Judge Lurana S. Snow on 6/2/00) CCAP
                [EOD Date: 6/5/00]  CCAP (dp) [Entry date 06/05/00]

6/2/00    25    STATUS REPORT ORDER as to Bert Allen Ammons  . ( Signed by
                Magistrate Judge Lurana S. Snow on 6/2/00) CCAP [EOD Date:
                6/5/00]  CCAP (dp) [Entry date 06/05/00]

6/2/00    29    REPORT Commencing Criminal Action as to Bert Allen Ammons
                DOB: 6/11/55  Prisoner # 55325-004 (dp)
                [Entry date 06/06/00]

6/13/00   30    NOTICE of filing co-signature to appearance bond by Bert
                Allen Ammons (dp) [Entry date 06/14/00]

6/14/00   31    CJA 20 as to Bert Allen Ammons : Appointment of Attorney
                Philip Robert Horowitz ( Signed by Magistrate Judge Lurana
                S. Snow  on 6/1/00) (dp) [Entry date 06/15/00]

6/14/00   32    RESPONSE to Standing Discovery Order by USA  as to Bert
                Allen Ammons, Hugh Hamilton Robinson (dp)
                [Entry date 06/15/00]

6/15/00   33    Minutes of status conference held on 6/15/00  before
                Magistrate Barry S. Seltzer as to Bert Allen Ammons ;
                Court Reporter Name or Tape #: 00-50-2440 (dp)
                [Entry date 06/16/00]

6/15/00   --    Status conference as to Bert Allen Ammons  held (dp)

[Entry date 06/16/00]
                                                      ⅤⅭⅼ·ⅼ ⅽⅽⅾⅼ·

6/15/00   34   STATUS REPORT ORDER as to Bert Allen Ammons   . ( Signed by
               Magistrate Barry S. Seltzer on 6/15/00) CCAP [EOD Date:
               6/16/00]  CCAP (dp) [Entry date 06/16/00]

6/16/00  (35)  SCHEDULING ORDER as to Bert Allen Ammons, Hugh Hamilton
               Robinson  setting Calendar Call for 3:15 7/10/00 for Bert
               Allen Ammons, for Hugh Hamilton Robinson ; Jury Trial for
               7/17/00 for Bert Allen Ammons, for Hugh Hamilton Robinson ;
               before Judge Wilkie D. Ferguson Jr.  ( Signed by Judge
               Wilkie D. Ferguson Jr. on 6/16/00) CCAP [EOD Date: 6/20/00]
               CCAP (dp) [Entry date 06/20/00]

6/22/00   36   MOTION by Bert Allen Ammons for disclosure of prior
               convictions (dp) [Entry date 06/22/00]

6/22/00  (37)  STIPULATION  re: substitution of counsel Stephen Millan for
               Max Engel by Hugh Hamilton Robinson (dp)
               [Entry date 06/26/00]

7/6/00   (38)  SCHEDULING ORDER as to Hugh Hamilton Robinson  setting
               Calendar Call for 3:15 7/24/00 for Hugh Hamilton Robinson ;
               Jury Trial for 7/31/00 for Hugh Hamilton Robinson ;
               before Judge Wilkie D. Ferguson Jr.  ( Signed by Judge
               Wilkie D. Ferguson Jr. on 7/6/00) CCAP [EOD Date: 7/7/00]
               CCAP (dp) [Entry date 07/07/00]

7/10/00   39   MOTION by Bert Allen Ammons to continue trial (dp)
               [Entry date 07/11/00]

7/10/00   40   Minutes of calendar call held on 7/10/00  before Judge
               Wilkie D. Ferguson Jr. as to Bert Allen Ammons ;  Court
               Reporter Name or Tape #: Paul Haferling (dp)
               [Entry date 07/11/00]

7/10/00   --   Calendar call  as to Bert Allen Ammons held (dp)
               [Entry date 07/11/00]

7/11/00  (41)  MOTION by Hugh Hamilton Robinson for Stephen Millan to
               withdraw as attorney (dp) [Entry date 07/12/00]

7/14/00   42   ORDER as to Bert Allen Ammons  granting [39-1] motion to
               continue trial as to Bert Allen Ammons (1) to Continue in
               Interest of Justice,  reset calendar call for 3:15
               7/24/00 for Bert Allen Ammons,  reset Jury trial for
               7/31/00 for Bert Allen Ammons   before Judge Wilkie D.
               Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on
               7/12/00) CCAP [EOD Date: 7/17/00] CCAP※ (dp)
               [Entry date 07/17/00]

Proceedings include all events.                                          LSS
0:00cr6136-ALL USA v. Ammons                                    CLOSED APPEAL

| | | |
|---|---|---|
| 7/14/00 | (43) | Minutes of change of plea held on 7/14/00  before Judge Wilkie D. Ferguson Jr. as to Hugh Hamilton Robinson ; GUILTY: Hugh Hamilton Robinson (2) count(s) 3   Court Reporter Name or Tape #: Paul Haferlling (dp) [Entry date 07/17/00] |
| 7/14/00 | (44) | Plea Agreement as to Hugh Hamilton Robinson (dp) [Entry date 07/17/00] |
| 7/14/00 | (45) | NOTICE of Hearing as to Hugh Hamilton Robinson :  setting Sentencing for 11:00 9/15/00 for Hugh Hamilton Robinson before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 07/17/00] |
| 7/14/00 | (46) | APPEARANCE BOND entered by Hugh Hamilton Robinson  in Amount $ 15,000 PSB   Approved by Judge Wilkie D. Ferguson Jr. .  Surrender passports/travel documents; (dp) [Entry date 07/17/00] |
| 7/14/00 | (47) | APPEARANCE BOND entered by Hugh Hamilton Robinson  in Amount $ 75,000.00 10% cash deposit Receipt # 519937 Approved by Judge Wilkie D. Ferguson Jr. .   Surrender passports/travel documents; (dp) [Entry date 07/17/00] |
| 7/24/00 | (48) | MOTION by Hugh Hamilton Robinson to Travel (dp) [Entry date 07/25/00] |
| 7/28/00 | (49) | RESPONSE by USA  as to Hugh Hamilton Robinson re [48-1] motion to Travel (dp) [Entry date 07/31/00] |
| 8/1/00 | 50 | Minutes of change of plea held on 8/1/00  before Judge Wilkie D. Ferguson Jr. as to Bert Allen Ammons ; GUILTY: Bert Allen Ammons (1) count(s) 1   Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 08/01/00] |
| 8/1/00 | -- | Change of Plea Hearing as to Bert Allen Ammons  held (dp) [Entry date 08/01/00] |
| 8/1/00 | 51 | Plea Agreement as to Bert Allen Ammons (dp) [Entry date 08/01/00] |
| 8/1/00 | 52 | NOTICE of Hearing as to Bert Allen Ammons :  setting Sentencing for 2:00 10/6/00 for Bert Allen Ammons   before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 08/01/00] |
| 8/18/00 | (53) | NOTICE of filing copy of bond assignment form by Hugh Hamilton Robinson (dp) [Entry date 08/21/00] |
| 8/22/00 | (54) | ORDER as to Hugh Hamilton Robinson  denying [48-1] motion to Travel as to Hugh Hamilton Robinson (2) ( Signed by Judge Wilkie D. Ferguson Jr. on 8/21/00) CCAP [EOD Date: 8/23/00] CCAP☼ (dp) [Entry date 08/23/00] |
| 8/23/00 | 55 | MOTION by Bert Allen Ammons to modify conditions of Bond (dp) |

Proceedings include all events.                                    LSS
0:00cr6136-ALL USA v. Ammons                              CLOSED APPEAL

                [Entry date 08/24/00]

| 9/7/00 | 56 | MOTION by Hugh Hamilton Robinson to continue sentencing (dp) [Entry date 09/08/00] |
|---|---|---|

9/13/00   57   ORDER as to Bert Allen Ammons  granting [55-1] motion to
               modify conditions of Bond  ( Signed by Judge Wilkie D.
               Ferguson Jr. on 9/13/00) CCAP [EOD Date: 9/14/00] CCAP⬚ (dp)
               [Entry date 09/14/00]

9/15/00   --   Sentencing  held Hugh Hamilton Robinson (2) count(s) 3 (dp)
               [Entry date 09/21/00]

9/18/00   58   Minutes of sentencing held on 9/18/00  before Judge Wilkie
               D. Ferguson Jr. as to Hugh Hamilton Robinson ;  Court
               Reporter Name or Tape #: Paul Haferling (dp)
               [Entry date 09/19/00]

9/19/00   59   OBJECTION by Bert Allen Ammons  to Presentence
               Investigation Report (dp) [Entry date 09/20/00]

9/19/00   60   MOTION by Bert Allen Ammons to continue sentencing (dp)
               [Entry date 09/20/00]

9/20/00   61   JUDGMENT as to  Hugh Hamilton Robinson (2) count(s) 1, 2 .
               Counts dismissed , Hugh Hamilton Robinson (2) count(s) 3.
               6 months imprisonment, 3 years supervised release, $100
               special assessment and $1,000 Fine  ( Signed by Judge
               Wilkie D. Ferguson Jr. on 9/20/00) CCAP [EOD Date: 9/21/00]
               CCAP (dp) [Entry date 09/21/00]

9/22/00   62   NOTICE OF APPEAL by Hugh Hamilton Robinson re: [61-1]
               judgment order .  EOD Date: 9/21/00; Hugh Hamilton Robinson
               (2) count(s) 3;  Filing Fee: $ 105.00 Receipt #: 520521;
               Copies to USCA, AUSA, USM, USPO and Counsel of Record. (dl)
               [Entry date 09/26/00]

9/26/00   --   Certified copies of Notice of Appeal, Docket and Order
               under appeal to USCA: as to Hugh Hamilton Robinson [62-1]
               appeal (dl) [Entry date 09/26/00]

10/4/00   63   TRANSCRIPT INFORMATION FORM as to Hugh Hamilton Robinson
               re: [62-1] appeal received. (Forwarded to Court Reporter
               Coordinator) (gf) [Entry date 10/04/00]

10/10/00  64   NOTICE of Hearing as to Bert Allen Ammons :  setting
               Sentencing for 2:00 10/27/00 for Bert Allen Ammons  before
               Judge Wilkie D. Ferguson Jr. (dp) [Entry date 10/11/00]

10/19/00  65   ORDER as to Bert Allen Ammons  granting [60-1] motion to
               continue sentencing as to Bert Allen Ammons (1) resetting
               Sentencing for 9:00 1/10/00 for Bert Allen Ammons  before
               Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D.
               Ferguson Jr. on 10/18/00) CCAP [EOD Date: 10/19/00] CCAP⬚

(dp)  [Entry date 10/19/00]

10/23/00 (66)   MOTION by Hugh Hamilton Robinson for Bond or to stay
                surrender pending appeal (dp) [Entry date 10/23/00]

10/31/00 (67)   MOTION by Hugh Hamilton Robinson for Jeffrey Voluck to
                withdraw as attorney (dp) [Entry date 11/01/00]

11/1/00  (68)   SUPPLEMENT by Hugh Hamilton Robinson  to: [66-1] motion for
                Bond or to stay surrender pending appeal (dp)
                [Entry date 11/01/00]

11/9/00  (69)   ORDER as to Hugh Hamilton Robinson denying [66-1] motion
                for bond or to stay surrender pending appeal, investigation
                of appeal; Surrender date changed to 11/13/00 at 2:00
                (Signed by Judge Wilkie D. Ferguson Jr. on 11/8/00) CCAP
                [EOD Date: 11/9/00] CCAP⁂ (ss) [Entry date 11/09/00]

11/22/00 (71)   Appeal Information Sheet as to Hugh Hamilton Robinson  re:
                [62-1] appeal Transcript due 12/18/00 for Hugh Hamilton
                Robinson (gf) [Entry date 11/30/00]

11/28/00 70     NOTICE of Hearing as to Bert Allen Ammons :  setting
                Sentencing for 9:30 12/21/00 for Bert Allen Ammons    before
                Judge Wilkie D. Ferguson Jr. (dp) [Entry date 11/29/00]

12/13/00 72     TRANSCRIPT filed as to Hugh Hamilton Robinson  of Change of
                Plea held 7/14/00  before Judge Wilkie D. Ferguson, Jr.
                Volume #: 1  Pages: 1-22  re: [62-1] appeal . Appeal record
                due on 12/28/00 for Hugh Hamilton Robinson (gf)
                [Entry date 12/13/00]

12/13/00 73     TRANSCRIPT filed as to Hugh Hamilton Robinson  of
                Sentencing held 9/15/00  before Judge Wilkie D. Ferguson,
                Jr.  Volume #: 1  Pages: 1-18  re: [62-1] appeal . Appeal
                record due on 12/28/00 for Hugh Hamilton Robinson, (gf)
                [Entry date 12/13/00]

12/27/00 74     Minutes of sentencing held on 12/27/00  before Judge Wilkie
                D. Ferguson Jr. as to Bert Allen Ammons ;  Court Reporter
                Name or Tape #: Paul Haferling (dp) [Entry date 12/28/00]

12/27/00 --     Sentencing  held Bert Allen Ammons (1) count(s) 1 (dp)
                [Entry date 01/03/01]

12/29/00 (75)   MOTION by Hugh Hamilton Robinson to Release Bond
                Obligation (dp) [Entry date 01/02/01]

12/31/00 76     JUDGMENT as to  Bert Allen Ammons (1) count(s) 2, 3 , 4 , 5
                . Counts dismissed , Bert Allen Ammons (1) count(s) 1. 3
                months imprisonment, 3 years supervised release and $100
                special assessment  ( Signed by Judge Wilkie D. Ferguson
                Jr. on 12/31/00) CCAP [EOD Date: 1/3/01]  CCAP (dp)
                [Entry date 01/03/01]

Proceedings include all events.                                                    LSS
0:00cr6136-ALL USA v. Ammons                                            CLOSED APPEAL
                                                                    Vol. 1 cont.

1/5/01    (79)    ORDER of limited remand from USCA (certified copy) re:
                  [62-1] appeal pursuant to order granting appellant's
                  "motion for review of the district court's denial of bond
                  pending appeal", which is construed in part as a motion for
                  limited remand for entry of an order specifying the reasons
                  why the District Court denied appellant's motion for bond
                  pending appeal by Hugh Hamilton Robinson USCA Order Date:
                  12/22/00 (gf) [Entry date 01/12/01]

1/9/01    (77)    ORDER as to Hugh Hamilton Robinson  granting [67-1] motion
                  for Jeffrey Voluck to withdraw as attorney (Terminated:
                  attorney Jeffrey M. Voluck for Hugh Hamilton Robinson as to
                  Hugh Hamilton Robinson (2) ( Signed by Judge Wilkie D.
                  Ferguson Jr. on 1/8/01) CCAP [EOD Date: 1/10/01] CCAP❀ (dp)
                  [Entry date 01/10/01]

1/11/01   (78)    ORDER denying bond pending appeal as to Hugh Hamilton
                  Robinson ( Signed by Judge Wilkie D. Ferguson Jr. on
                  1/11/01) CCAP [EOD Date: 1/12/01] CCAP❀ (dp)
                  [Entry date 01/12/01]

1/17/01   (80)    Judgment Returned Executed as to Hugh Hamilton Robinson on
                  11/20/00 at FCI Miami (dp) [Entry date 01/18/01]

1/22/01   (81)    NOTICE of Appearance for Hugh Hamilton Robinson by Attorney
                  Fred Haddad (dp) [Entry date 01/23/01]

2/6/01    (82)    Certificate of readiness transmitted to USCA as to Hugh
                  Hamilton Robinson  re: [62-1] appeal  by Hugh Hamilton
                  Robinson  USCA # 00-15110-F (dl) [Entry date 02/06/01]
                                                            End vol. 1