cr-06136-WDF   Document 83   Entered on FLSD Docket 04/04/2001   F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6136-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

- versus -

HUGH HAMILTON ROBINSON,
a.k.a., Alexander MaCaulay,

    Defendant.

_____/

**NIGHT BOX**
**FILED**

APR - 2 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### NOTICE TO CLERK OF FILING AND
### REQUEST TO TRANSMIT RECORD ON APPEAL

The United States of America hereby notifies this Court, pursuant to the attached order from the United States Court of Appeals for the Eleventh Circuit, that it has filed its brief and that the record should be transmitted to the Court of Appeals immediately as specified in the order.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

BY: _____
    LISA TOBIN. RUBIO
    Assistant United States Attorney
    Florida Bar No. 0769101
    99 N.E. 4th Street
    Miami, Florida 33132
    (305) 961-9114



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice was mailed this 2nd day of April 2001, to Fred Haddad, Haddad & Hester, P.A., One Financial Plaza, Suite 2612, Fort Lauderdale, Florida 33394.

Lisa Tobin Rubio
Assistant United States Attorney

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB - 1 2001

THOMAS K. KAHN
CLERK

No. 00-15110-F

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

HUGH HAMILTON ROBINSON,
a.k.a., Alexander MaCaulay,

                              Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: ANDERSON, Chief Judge, CARNES and MARCUS, Circuit Judges.

BY THE COURT:

    Now pending before the Court is Appellant's motion for review of the District Court's denial of bond pending appeal, which is construed as a motion for bond pending appeal. This Court remanded this matter to the District Court for the limited purposes of entry of an order specifying the reasons why it denied Appellant's motion for bond pending appeal. The District Court has entered its order and this Court has reviewed that order. Accordingly, Appellant's motion for bond pending appeal is DENIED.

    However, on its own motion, this Court EXPEDITES this appeal for consideration by a merits panel. Appellant is directed to

file his brief within twenty-one (21) days of the date of this Order. Appellee is directed to file its brief within twenty-one (21) days of the date of service of Appellant's brief, and the reply brief, if any, should be filed within seven (7) days of service of Appellee's brief. Appellee is directed to file notice of the filing of its brief upon the Clerk of the District Court, who is directed to transmit the record on appeal to this Court immediately upon receipt of Appellee's notice.