UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

Vs.  Case No. 00-6136-CR-FERGUSON

HUGH ROBINSON,
Defendant.
_____/

## ORDER GRANTING MOTION TO DISCHARGE BOND
## AND FOR RETURN OF COLLATERAL

THIS CAUSE is before the Court on the above-mentioned motion filed by

Jeffrey M. Voluck, Esq, counsel for defendant, Hugh Robinson. After consideration

of the motion and all the appropriate documentation, it is

**ORDERED AND ADJUDGED** that the motion is **_GRANTED_**. The bond

is discharged and the Clerk of the Court for the United States District Court,

Southern District of Florida, shall release to Jeffrey Voluck, Esq, Social Security

No. 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, the entire sum of $7,500.00 that is being held in the registry of

the court and all interest that may have accrued immediately.

DONE AND ORDERED in Fort Lauderdale, Florida this _____5TH_____ day of

June 2001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Tom Watts-Fitzgerald, AUSA, Jeffrey M. Voluck, Esq and Financial Department

