

Clarence Maddox  
Clerk, U.S. District Court  
299 E. Broward Blvd  
Fort Lauderdale FL 33301

June 08, 2001

RE: 00-15110-FF    USA v. Hugh Hamilton Robinson  
DC DKT NO.: 00-06136 CR-WDF

TO:  Clarence Maddox

CC:  Anne Ruth Schultz

CC:  Lisa T. Rubio

CC:  Harriett R. Galvin

CC:  Thomas A. Watts-Fitzgerald

CC:  Fred Haddad

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

June 08, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-15110-FF    USA v. Hugh Hamilton Robinson
DC DKT NO.: 00-06136 CR-WDF

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
   Original Exhibits, consisting of: one psi.
   Original record on appeal or review, consisting of: two volumes.

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Lisa Streeter (404) 335-6134

Encl.

MDT-1 (1-2001)

# United States Court of Appeals

For the Eleventh Circuit

| No. 00-15110 | FILED<br>U.S. COURT OF APPEALS<br>ELEVENTH CIRCUIT |
|---|---|
| District Court Docket No.<br>00-06136-CR-WDF | May 8, 2001<br>THOMAS K. KAHN<br>CLERK |

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HUGH HAMILTON ROBINSON,
a.k.a.,
Alexander MaCaulay,

Defendant-Appellant.

------------------------------------------------------------

Appeal from the United States District Court
for the Southern District of Florida

------------------------------------------------------------

FILED by _____ D.C.

JUN 12 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Lisa Shueler
Deputy Clerk
Atlanta, Georgia

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion, included herein by reference, is entered as the judgment of this Court.

Entered:　May 8, 2001
For the Court:　Thomas K. Kahn, Clerk
By:　McCombs, Elaine

ISSUED AS MANDATE
JUN 0 8 2001
U.S. COURT OF APPEALS
ATLANTA, GA

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 00-15110
Non-Argument Calendar

D.C. Docket No. 00-06136-CR-WDF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HUGH HAMILTON ROBINSON,
a.k.a.,
Alexander MaCaulay,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(May 8, 2001)

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

The sole issue in this appeal is whether the district court erred in denying the motion to continue sentencing in this case. Under all of the circumstances presented

here, we cannot say that the district court abused its discretion in denying the motion for continuance.

AFFIRMED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia