# United States District Court

### for

### SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hugh Robinson          Case Number: 0:00CR06136-002    W DF

Name of Sentencing Judicial Officer: Honorable Wilkie D. Ferguson, Jr., United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: September 15, 2000

Original Offense:    Conspiracy, 18 U.S.C. §371, a Class 'D' felony.

Original Sentence:   Six (6) months custody of Bureau of Prisons, followed by three (3) years supervised release with special conditions: two (2) months Electronic Monitoring; drug treatment; provide financial information; and $1,000 fine.

Type of Supervision:              Date Supervision Commenced:
Supervised Release                March 14, 2001

Assistant U.S. Attorney:          Defense Attorney:
Thomas Watts-Fitzgerald           Jeffrey M. Voluck

---

## PETITIONING THE COURT

[XX]  To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    **Violation of Standard Condition**, by failing to notify the probation office of change in employment. On or about September 1, 2001, the supervised releasee left employment with Heaven's Rainbow Inc., 814 S.W. 2nd Court, Fort Lauderdale, Florida, and he failed to notify the probation office.

2.    **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about September 7, 2001, the supervised releasee moved from his approved residence of 1930 S.W. 23rd Terrace, Fort Lauderdale, Florida, and his whereabouts is unknown.



3. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about August 15, 2001, the supervised releasee submitted a urine specimen which tested positive for the presence of cannabis, in our local laboratory and subsequently confirmed positive by Pharm Chem Laboratories, Inc..

4. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about August 17, 2001, the supervised releasee submitted a urine specimen which tested positive for the presence of cocaine, in our local laboratory and subsequently confirmed positive by Pharm Chem Laboratories, Inc..

5. **Violation of Special Condition**, by failing to participate in an approved treatment program. On or about September 21, 2001, the supervised releasee was unsuccessfully discharged by Compass Health Systems, as he failed to attend his scheduled appointments.

U.S. Probation Officer Recommendation:

- [XX] The term of supervision should be
- [XX] revoked.
- [ ] extended for _ years, for a total term of _ years.

- [ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by

Brian J. Brownstein
U.S. Probation Officer
Phone: 954-769-5573
Date: September 21, 2001

THE COURT ORDERS:

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

9/26/01

Date