# UNITED STATES DISTRICT COURT

for

**SOUTHERN DISTRICT OF FLORIDA**

WDF

Docket No. 0:00CR06136-003
SD/FL PACTS No. 63836

U.S.A. vs Hugh Robinson
Date SEP 28 2001
TO: Any United States Marshal

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Hugh Robinson | Male | White | 44 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| Unknown - absconder |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Honorable Wilkie D. Ferguson, Jr., United States District Judge, Fort Lauderdale, FL | September 15, 2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| United States District Court, Southern District of Florida, Fort Lauderdale, Florida |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | | SEP 28 2001 |

### RETURN

**Warrant received and executed.**

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____" or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," "any agent of the Alcohol Tax Unit."